# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE GRAY, HERMAN DICKSON, | 1:12cv0432 LJO DLB |
| Plaintiffs, | ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |
| v. | (Documents 2 and 3) |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Plaintiffs Bobbie Gray and Herman Dickson ("Plaintiffs") filed this action on March 22, 2012. Plaintiffs also filed motions to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiffs' applications demonstrate that they are entitled to proceed without prepayment of fees and are therefore GRANTED.

IT IS SO ORDERED.

Dated:  **March 26, 2012**          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1